UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| OBAYDULLAH et al. | ) ) ) | |
| Petitioners | ) ) ) | |
| v. | ) ) | Civil Case No. 08cv1173 (RJL) |
| GEORGE W. BUSH et al. | ) ) ) | |
| Respondents | ) ) | |

**ORDER**
(July 9, 2008)

The Court having decided not to transfer the above-captioned case, at this time, to Senior Judge Thomas F. Hogan pursuant to the July 1, 2008, Resolution of the Executive Session, it is hereby

**ORDERED** that the parties will appear before this Court on Thursday, July 10, 2008, at 2:30 p.m. for a joint status conference to discuss common procedural and substantive issues in the above-captioned case and the other Guantanamo Bay detainee cases over which this Court presides.

**SO ORDERED.**

*[signature]*
RICHARD J. LEON
United States District Judge