IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OBAYDULLAH, *et al*, | ) |
| | ) |
| Petitioners, | ) |
| | ) |
| v. | ) Civil Action No. 08-1173 (RJL) |
| | ) |
| GEORGE W. BUSH, | ) |
| President of the United States, *et al.*, | ) |
| | ) |
| Respondents. | ) |

## NOTICE OF APPEARANCE

Please take notice of the appearance of the following counsel on behalf of respondents:

    JAMES J. SCHWARTZ
    U.S. Department of Justice
    Civil Division
    Federal Programs Branch
    Room 7140
    20 Massachusetts Ave., N.W.
    Washington, D.C. 20530
    202-616-8267

Dated: July 18, 2008        Respectfully submitted,

                                      GREGORY G. KATSAS
                                    Assistant Attorney General

                                    JOHN C. O'QUINN
                                    Deputy Assistant Attorney General

                                    /s/ James J. Schwartz
                                    JOSEPH H. HUNT (D.C. Bar No. 431134)
                                    VINCENT M. GARVEY (D.C. Bar No. 127191)
                                    JUDRY L. SUBAR
                                    TERRY M. HENRY

ANDREW I. WARDEN
JAMES J. SCHWARTZ (D.C. Bar No. 468625)
PAUL E. AHERN
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue N.W.
Washington, DC  20530
Tel:  (202) 616-8267
Fax:  (202) 616-8470

Attorneys for Respondents