IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF COLUMBIA

| | |
|---|---|
| OBAYDULLAH,               )<br>                                        )<br>    Petitioner,              )<br>                                        )<br>        v.                        )<br>                                        )<br>                                        )<br>GEORGE W. BUSH, *et al.*   )<br>                                        )<br>    Respondents.         )<br>_____) | Civil Action No. 08-cv-1173 (RJL) |

### NOTICE OF APPEARANCE AND CERTIFICATION
### OF REPRESENTATION WITHOUT COMPENSATION

Please enter my appearance on behalf of the petitioners in the above-captioned case. I hereby further certify, pursuant to Local Civil Rule 83.2(g), that I am representing these petitioners without compensation.

Dated:    August 9, 2008

Respectfully submitted,

Counsel for Petitioners:

__/s/_____
Pardiss Kebriaei (Pursuant to LCvR 83.2(g))
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, New York 10012
Tel: (212) 614-6452
Fax: (212) 614-6499