**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| BOUMEDIENE,<br>    Petitioner,<br>v.<br>GEORGE W. BUSH,<br>    President of the United States,<br>    et al.,<br>    Respondents | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 04-cv-1166 (RJL) |
| SLITI,<br>    Petitioner,<br>v.<br>GEORGE W. BUSH,<br>    President of the United States,<br>    et al.,<br>    Respondents | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 05-cv-0429 (RJL) |
| KABIR,<br>    Petitioner,<br>v.<br>GEORGE W. BUSH,<br>    President of the United States,<br>    et al.,<br>    Respondents | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 05-cv-0431 (RJL) |
| MAMMAR,<br>    Petitioner,<br>v.<br>GEORGE W. BUSH,<br>    President of the United States,<br>    et al.,<br>    Respondents | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 05-cv-0573 (RJL) |
| AL KAHAIY,<br>    Petitioner,<br>v.<br>GEORGE W. BUSH,<br>    President of the United States,<br>    et al., | )<br>)<br>)<br>)<br>)<br>) | Civil Action No. 05-cv-1239 (RJL) |

```
                Respondents            )
_____ )
                                        )
AL GINCO,                               )
        Petitioner,                     )
        v.                              )   Civil Action No. 05-cv-1310 (RJL)
GEORGE W. BUSH,                         )
        President of the United States, )
        et al.,                         )
                Respondents             )
_____ )
                                        )
AL BIHANI,                              )
        Petitioner,                     )
        v.                              )   Civil Action No. 05-cv-1312 (RJL)
GEORGE W. BUSH,                         )
        President of the United States, )
        et al.,                         )
                Respondents             )
_____ )
                                        )
GHAZY,                                  )
        Petitioner,                     )
        v.                              )   Civil Action No. 05-cv-2223 (RJL)
GEORGE W. BUSH,                         )
        President of the United States, )
        et al.,                         )
                Respondents             )
_____ )
                                        )
RUMI,                                   )
        Petitioner,                     )
        v.                              )   Civil Action No. 06-cv-0619 (RJL)
GEORGE W. BUSH,                         )
        President of the United States, )
        et al.,                         )
                Respondents             )
_____ )
                                        )
OBAYDULLAH,                             )
        Petitioner,                     )
        v.                              )   Civil Action No. 08-cv-1173 (RJL)
GEORGE W. BUSH,                         )
        President of the United States, )
        et al.,                         )
                Respondents             )
```

              )

## GOVERNMENT'S MOTION FOR LEAVE TO FILE EXCESS PAGES

  Respondents hereby move the Court for leave to file Government's Brief Regarding Preliminary and Procedural Framework Issues in excess of the forty-five-page limit provided by Local Civil Rule 7(e).

  Respondents' brief is 50 pages long, that is, five pages over the forty-five page limit. Respondents required additional pages to adequately address the issues enumerated in the Court's Briefing and Scheduling Order (July 31, 2008).

  Respondents attempted to confer with counsel for petitioners by e-mail prior to filing this motion. Counsel for petitioners in *Boumediene v. Bush*, No. 04-cv-1166; *Al Bihani v. Bush*, No. 05-cv-1312; *Ghazy v. Bush*, No. 05-cv-2223; and *Rumi v. Bush*, No. 06-cv-619, indicated that they do not oppose this motion. Counsel for petitioners in *Mammar v. Bush*, No. 05-cv-573, indicated that they do not oppose this motion provided that respondents would not oppose a motion for leave to file the same number of excess pages with their response. Respondents would not oppose such a motion. Respondents were unable to reach petitioners in the remaining above-captioned cases prior to the filing of this motion. A proposed order is attached.

Dated: August 12, 2008       Respectfully submitted,
                GREGORY G. KATSAS
                Assistant Attorney General

                JOHN C. O'QUINN
                Deputy Assistant Attorney General


                */s/ James C. Luh*
                JOSEPH H. HUNT (D.C. Bar No. 431134)
                VINCENT M. GARVEY (D.C. Bar No. 127191)

JUDRY L. SUBAR (D.C. Bar No. 347518)
TERRY M. HENRY
AUGUST E. FLENTJE
JAMES C. LUH
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, DC  20530
Tel:  (202) 514-1278
Fax:  (202) 514-7964
Attorneys for Respondents

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| BOUMEDIENE, | ) | |
|     Petitioner, | ) | |
| v. | ) | Civil Action No. 04-cv-1166 (RJL) |
| GEORGE W. BUSH, | ) | |
|     President of the United States, | ) | |
|     et al., | ) | |
|     Respondents | ) | |
| | ) | |
| SLITI, | ) | |
|     Petitioner, | ) | |
| v. | ) | Civil Action No. 05-cv-0429 (RJL) |
| GEORGE W. BUSH, | ) | |
|     President of the United States, | ) | |
|     et al., | ) | |
|     Respondents | ) | |
| | ) | |
| KABIR, | ) | |
|     Petitioner, | ) | |
| v. | ) | Civil Action No. 05-cv-0431 (RJL) |
| GEORGE W. BUSH, | ) | |
|     President of the United States, | ) | |
|     et al., | ) | |
|     Respondents | ) | |
| | ) | |
| MAMMAR, | ) | |
|     Petitioner, | ) | |
| v. | ) | Civil Action No. 05-cv-0573 (RJL) |
| GEORGE W. BUSH, | ) | |
|     President of the United States, | ) | |
|     et al., | ) | |
|     Respondents | ) | |
| | ) | |
| AL KAHAIY, | ) | |
|     Petitioner, | ) | |
| v. | ) | Civil Action No. 05-cv-1239 (RJL) |
| GEORGE W. BUSH, | ) | |
|     President of the United States, | ) | |
|     et al., | ) | |

|  |  |  |
|---|---|---|
| Respondents | ) | |
| | ) | |
| | ) | |
| AL GINCO, | ) | |
|     Petitioner, | ) | |
|     v. | ) | Civil Action No. 05-cv-1310 (RJL) |
| GEORGE W. BUSH, | ) | |
|     President of the United States, | ) | |
|     et al., | ) | |
|     Respondents | ) | |
| | ) | |
| | ) | |
| AL BIHANI, | ) | |
|     Petitioner, | ) | |
|     v. | ) | Civil Action No. 05-cv-1312 (RJL) |
| GEORGE W. BUSH, | ) | |
|     President of the United States, | ) | |
|     et al., | ) | |
|     Respondents | ) | |
| | ) | |
| | ) | |
| GHAZY, | ) | |
|     Petitioner, | ) | |
|     v. | ) | Civil Action No. 05-cv-2223 (RJL) |
| GEORGE W. BUSH, | ) | |
|     President of the United States, | ) | |
|     et al., | ) | |
|     Respondents | ) | |
| | ) | |
| | ) | |
| RUMI, | ) | |
|     Petitioner, | ) | |
|     v. | ) | Civil Action No. 06-cv-0619 (RJL) |
| GEORGE W. BUSH, | ) | |
|     President of the United States, | ) | |
|     et al., | ) | |
|     Respondents | ) | |
| | ) | |
| | ) | |
| OBAYDULLAH, | ) | |
|     Petitioner, | ) | |
|     v. | ) | Civil Action No. 08-cv-1173 (RJL) |
| GEORGE W. BUSH, | ) | |
|     President of the United States, | ) | |
|     et al., | ) | |
|     Respondents | ) | |

_____ )

**ORDER GRANTING GOVERNMENT'S MOTION FOR LEAVE TO FILE EXCESS PAGES**

Government's Motion for Leave to File Excess Pages is hereby GRANTED. Respondents are hereby granted an additional five pages, for a total of 50 pages, for Government's Brief Regarding Preliminary and Procedural Framework Issues, and that document is deemed filed as of August 12, 2008.

Dated:

                                                                          RICHARD J. LEON
                                                                          UNITED STATES DISTRICT JUDGE