IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BOUMEDIENE v. BUSH | Civil Case No. 04-1166 (RJL) |
| SLITI v. BUSH | Civil Case No. 05-0429 (RJL) |
| KABIR v. BUSH | Civil Case No. 05-0431 (RJL) |
| MAMMAR v. BUSH | Civil Case No. 05-0573 (RJL) |
| AL-KHAIY v. BUSH | Civil Case No. 05-1239 (RJL) |
| AL GINCO v. BUSH | Civil Case No. 05-1310 (RJL) |
| AL BIHANI v. BUSH | Civil Case No. 05-1312 (RJL) |
| GHAZY v. BUSH | Civil Case No. 05-2223 (RJL) |
| RUMI v. BUSH | Civil Case No. 06-0619 (RJL) |
| OBAYDULLAH v. BUSH | Civil Case No. 08-1173 (RJL) |

**PETITIONERS' MOTION FOR LEAVE TO FILE EXCESS PAGES**

Petitioners hereby move the Court for leave to file Petitioners' Joint Reply Memorandum Regarding Habeas Procedures in excess of the twenty-five-page limit provided by Local Civil Rule 7(e).

Petitioners' brief is 30 pages long – five pages over the 25-page limit. Petitioners required additional pages to adequately address the issues enumerated in the Respondent's Brief Regarding Preliminary and Procedural Framework Issues, filed August 12, 2008, which also exceeded the page limit by five pages.

Petitioners conferred with counsel for Respondents by e-mail prior to filing this motion. Respondents did not respond to Petitioners' request seeking consent to file additional pages.

A proposed order is attached.

Dated: August 19, 2008.

US1DOCS 6788462v1

        Respectfully submitted,

| | |
|---|---|
| /s/ Richard A. Grigg <br> Richard A. Grigg <br> Spivey & Grigg <br> 48 East Avenue <br> Austin, TX 78701 <br> (512) 474-6061 <br><br> *Counsel for Petitioner Obaydullah in No. 08-1173* | /s/ Allyson J. Portney <br> Stephen H. Oleskey (*admitted pro hac vice*) <br> Robert C. Kirsch (*admitted pro hac vice*) <br> Mark C. Fleming (*admitted pro hac vice*) <br> Gregory P. Teran (*admitted pro hac vice*) <br> Allyson J. Portney (*admitted pro hac vice* ) <br> Wilmer Cutler Pickering Hale and Dorr LLP <br> 60 State Street <br> Boston, MA  02109 <br> (617) 526-6000 |
| /s/ Ramzi Kassem <br> Ramzi Kassem <br> Michael J. Wishnie <br>   *Supervising Attorneys* <br> Jennifer Hojaiban <br> Brian K. Mahanna <br> Joseph A. Pace <br>   *Law Student Interns* <br> Allard K. Lowenstein International Human Rights Clinic <br> National Litigation Project <br> Yale Law School <br> 127 Wall Street <br> New Haven, CT 06511 <br> (203) 432-0138 <br><br> *Counsel for Petitioner Ameur in No. 05-573* | Seth P. Waxman (*admitted*) <br> Paul Wolfson (*admitted*) <br> Wilmer Cutler Pickering Hale and Dorr LLP <br> 1875 Pennsylvania Avenue NW <br> Washington, DC 20006 <br> (202) 663-6800 <br><br> Douglas F. Curtis (*admitted*) <br> Paul M. Winke (*admitted pro hac vice*) <br> Wilmer Cutler Pickering Hale and Dorr LLP <br> 399 Park Avenue <br> New York, NY  10022 <br> (212) 230-8800 <br><br> *Counsel for Petitioners Boumediene, et al., in No. 04-1166* |
| /s/ Billy H. Nolas <br> Billy H. Nolas, Assistant Federal Defender (*admitted*) <br> Maureen Rowley, Chief Federal Defender <br> Matthew Lawry <br> Shawn Nolan <br> Mark Wilson <br> Brett Sweitzer <br> Assistant Federal Defenders <br> Federal Community Defender Office for The Eastern District of Pennsylvania <br> 601 Walnut Street, Suite 545 West <br> Philadelphia, PA 19106 <br> (215) 928-0520 <br> *Counsel for Petitioner Rumi* in No. 06-619 | /s/ Julia C. Symon <br> Julia C. Symon (DC Bar No. 456828) <br> Clifford Chance US LLP <br> 2001 K Street NW <br> Washington, DC  20006 <br> (202) 912-5000 <br><br> James M. Hosking <br> Clifford Chance US LLP <br> 31 West 52nd Street <br> New York, NY 10019 <br> (212) 878-8000 <br><br> *Counsel for Petitioners Ghazy, et al. in No. 05-2223* |

/s/ Stephen R. Sady
Stephen R. Sady
Chief Deputy Federal Public Defender
101 SW Main Street  Suite 1700
Portland, Oregon  97204
503-326-2123

*Counsel for Petitioner Al Ginco in No. 05-1310*

/s/ Shereen J. Charlick
Shereen J. Charlick
Steven F. Hubachek
Ellis M. Johnston, III
Stephen D. Demik
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, California  92101-5008
(619) 234-8467

*Counsel for Petitioner Al Bihani in No. 05-1312*

/s/ Zachary Katzenlson
Zachary Katznelson
Reprieve
PO Box 52742
London EC4P 4WS
United Kingdom
011 44 207 353 4640

*Counsel for Petitioners  Sliti et al. in No. 05-429 and Petitioner Al Shurafa in Kabir in No. 05-0431*

/s/ Brian Mendelsohn
Brian Mendelsohn (Pursuant to LcvR 83.2)
Matthew Dodge
Federal Defender Program, Inc.
Suite 1700, The Equitable Building
100 Peachtree Street, N.W.
Atlanta, Georgia  30303
(404) 688-7530

*Counsel for Petitioner Al-Khaiy in No. 05-1239*

August 19, 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BOUMEDIENE v. BUSH | Civil Case No. 04-1166 (RJL) |
| SLITI v. BUSH | Civil Case No. 05-0429 (RJL) |
| KABIR v. BUSH | Civil Case No. 05-0431 (RJL) |
| MAMMAR v. BUSH | Civil Case No. 05-0573 (RJL) |
| AL-KHAIY v. BUSH | Civil Case No. 05-1239 (RJL) |
| AL GINCO v. BUSH | Civil Case No. 05-1310 (RJL) |
| AL BIHANI v. BUSH | Civil Case No. 05-1312 (RJL) |
| GHAZY v. BUSH | Civil Case No. 05-2223 (RJL) |
| RUMI v. BUSH | Civil Case No. 06-0619 (RJL) |
| OBAYDULLAH v. BUSH | Civil Case No. 08-1173 (RJL) |

ORDER GRANTING PETITIONERS'
MOTION FOR LEAVE TO FILE EXCESS PAGES

Petitioners' Motion for Leave to File Excess Pages is hereby GRANTED. Petitioners are hereby granted an additional five pages, for a total of 30 pages, for Joint Reply Memorandum Regarding Habeas Procedures, and that document is deemed filed as of August 19, 2008.

Dated:

_____
RICHARD J. LEON
UNITED STATES DISTRICT JUDGE