UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OBAYDULLAH, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>BARACK H. OBAMA, et al. )<br>)<br>Respondents. )<br>)<br>)<br>) | Civil Action No. 08-1173 (RJL) |

**MOTION FOR LEAVE TO PROCEED** *IN FORMA PAUPERIS*
**ON APPEAL AND TO OBTAIN HEARING TRANSCRIPTS**

Petitioner hereby respectfully moves this Court for an Order permitting him to proceed *in forma pauperis* on his appeal of the denial of his for a writ of habeas corpus and so that he may obtain transcripts of the following hearings held by this Court in connection with his petition: August 4, 2010 hearing; August 20, 2010 hearing; September 30, 2010 (afternoon portion of the Merits Hearing); October 1, 2010 (morning and afternoon portions of the Merits Hearing).

Petitioner seeks to proceed in *forma pauperis* on his appeal of the denial of his petition because he does not have the means to prepay the associated fees and costs.  Further, Petitioner's counsel seeks the transcripts because they will assist in the determinations regarding matters Petitioner will raise on appeal of the denial of his petition.  At the August hearings, this Court dealt with the procedures, set timelines for the case, and addressed discovery disputes.  At the September 30 – October 1 hearing, the Court addressed the merits of Petitioner's petition for a writ of habeas corpus.  These transcripts are necessary in order for counsel to ascertain, what if

any, issues stemming from those proceedings present matters for appeal to the United States Court of Appeals for the District of Columbia Circuit.

Petitioner is indigent, having been incarcerated at Guantánamo Bay since late 2002. He cannot defray the costs of his representation. His counsel have entered appearances in this action pursuant to the local rules permitting *pro hac vice* admission in *pro bono* cases of indigent litigants. *See, Obaydullah v. Obama,* No. 08-1173, Dkt. Nos. 30, 78, 79, 119; LCvR 83.2. Petitioner has not ceased to be indigent during the intervening period. Pánuco Dec. ¶¶ 2, 3. His counsel work for a small civil rights law firm in Pasadena, CA, and at the National Security Clinic at the University of Texas School of Law, each of which has borne significant costs as a result of their *pro bono* representation of Petitioner. Pánuco Dec. ¶¶1, 3. Further, additional counsel, Lisa Jaskol who has recently entered an appearance in this action works for Public Counsel– a not for profit legal services agency in Los Angeles, CA.

Under LCvR 83.11, civil *pro bono* counsel representing litigants proceeding *in forma pauperis* are permitted to access funds in order "to defray some reasonable expenses incurred in the course of representations." LCvR 83.11(b)(8). These expenses include the cost of transcripts. *See* LCvR 83.11(b)(8)(iii). This rule of access to justice should fairly be applied to Petitioner's case, despite that counsel were not technically appointed by this Court to represent Mr. Obaidullah – the ordinary case in which this rule applies. In addition, the habeas corpus statute, 28 U.S.C. § 2250, provides that an indigent petitioner who is permitted to proceed *in forma pauperis* is entitled without cost to ". . . copies of such documents or parts of the record on file in [the clerk's] office as may be required by order of the judge before whom the application is pending."

Petitioner undoubtedly would have been a *pro se* litigant with appointed counsel had he appreciated that he could write from Guantánamo, to the Court. It is difficult to see how, for the purposes of obtaining these transcripts, this difference matters. Petitioner should fairly be permitted to proceed in *forma pauperis*, and have access to funds to cover the "reasonable

litigation expenses" incurred by his counsel – here, the costs of filing and pursuing the appeal of the denial of his petition, and the transcripts of the proceedings before this Court in connection with his petition for a writ of habeas corpus.

Indeed, this Court has recently granted a motion to proceed in *forma pauperis* – for purposes of filing an Appeal – of at least one other Petitioner at Guantánamo. *See Abdal Razak Ali v. Obama,* No. 10-1020 (RJL) ("MINUTE ORDER granting [Dkt No. 1449] Motion for Leave to Proceed on Appeal In *Forma Pauperis*. It is hereby ORDERED that the motion is GRANTED. Signed by Judge Richard J. Leon on 1/12/11. (lcrjl2) (Entered: 01/12/2011)"). Petitioner is also aware of at least two other courts of this district which have granted similar motions regarding hearing transcripts, brought by prisoners at Guantánamo. *See Khairkhwa v. Obama*, No. 08-cv-1805 (RMU) ("MINUTE ORDER granting the petitioner's [Dkt No. 190] unopposed motion for leave to proceed in *forma pauperis* for the purpose of obtaining a hearing transcript. It is hereby ordered that the petitioner's unopposed unopposed [sic] motion for leave to proceed in *forma pauperis* for the purpose of obtaining a hearing transcript is granted. Signed by Judge Ricardo M. Urbina on 4/7/11. (lcrmu2) (Entered: 04/07/2011)"); *See also Chekkouri v. Obama,* No. 05-0329 (PLF), Dkt. No. 312, (Order entered February 1, 2011 (copy attached to the Declaration of Cindy Pánuco as Exhibit 2), in which Judge Friedman granted the petitioner in that case the relief requested herein.)

## CERTIFICATION PURSUANT TO LCvR 7(m)

Respondents do not oppose Petitioner's motion. Undersigned counsel for Petitioner certifies that she has conferred with counsel for Respondents, and counsel have stated that Respondents do not take a position on this motion. Pánuco Dec.¶ 9; Ex. 1.

/ / /

/ / /

/ / /

## CONCLUSION

Pursuant to 28 U.S.C. § 1915, the Declaration of Petitioner's counsel is submitted herewith.

For these reasons, as well as any others that may appear to the Court, Petitioner's motion to proceed in *forma pauperis* in his appeal and for the purpose of obtaining copies of transcripts of the various hearings before this Court, should be granted.

DATED: May 11, 2011                    Respectfully submitted,

HADSELL STORMER KEENY
  RICHARDSON & RENICK, LLP

By: /s/ Cindy Pánuco
        Cindy Pánuco, Esq. (appearing pro hac vice)
Anne Richardson, Esq. (appearing pro hac vice)
Dan Stormer, Esq. (appearing pro hac vice)
Radhika Sainath, Esq. (appearing pro hac vice)

HADSELL STORMER KEENY
  RICHARDSON & RENICK, LLP
128 North Fair Oaks Avenue
Pasadena, California 91103-3645
Telephone:  (626) 585-9600
Facsimile:  (626) 577-7079

Kristine A. Huskey, Esq. [D.C. Bar #462979]
Ranjana Natarajan, Esq. (appearing pro hac vice)
National Security Clinic
University of Texas School of Law
727 East Dean Keeton St.
Austin, TX 78705
Tel: 512-232-3657
Fax: 512-232-0800

ATTORNEYS FOR PETITIONER
OBAIDULLAH

## CERTIFICATE OF SERVICE

    I, Cindy Pánuco, certify that I today caused a true and correct copy of Petitioner's Motion for Leave to Proceed in Forma Pauperis On Appeal and to Obtain Hearing Transcripts to be served electronically via the Court's case management/electronic case filing system upon all participants registered as CM/ECF users on May 11, 2011.

Dated: May11, 2011                                                       /s/   Cindy Pánuco

                                                                                                  Cindy Pánuco, Esq.
                                                                                                  Counsel for Petitioner Obaidullah
                                                                                                  (08-CV-01173-RJ)