## DECLARATION OF CINDY PÁNUCO

I, Cindy Pánuco declare as follows:

1. I am an attorney duly licensed to practice law in the State of California, admitted *pro hac vice* to this Court. I am employed at the firm of Hadsell Stormer Keeny Richardson & Renick, LLP, and am one of several counsel representing the Petitioner Obaidullah in his petition for a writ of habeas corpus. I submit this Declaration in support of Petitioner's Motion for Leave to Proceed In *Forma Pauperis* on Appeal and to Obtain Hearing Transcripts. The information contained herein is based on my personal knowledge, or upon a review of files and documents generated or received and regularly maintained by my office in connection with this case. If called upon, I could testify in a court of law to the accuracy of the matters set forth herein

2. Obaidullah, a citizen of Afghanistan with limited communication ability in English, has been imprisoned at Guantánamo Bay, Cuba, since October 2002. As a prisoner at Guantánamo Bay, Petitioner has no access to funds or income available to pay court costs.

3. In light of Petitioner's indigency, his counsel's representation of him has at all times been conducted on a *pro bono* basis. Our firm, along with the National Security Clinic at the University of Texas School of Law, has borne significant costs as a result of our *pro bono* representation of Petitioner.

4. Because Petitioner is detained at Guantánamo Bay and cannot read and fully comprehend documents in English without the aid of an interpreter, it is not possible for his counsel to have him personally sign an affidavit in a timely manner.

5. Petitioner's need to proceed on appeal in *forma pauperis,* and the need for the

1

transcripts of the hearings of the proceedings before this Court pertaining to his petition for writ of habeas corpus is set forth in the motion accompanying this declaration.

6. Based upon the foregoing, I hereby respectfully request that Petitioner be permitted to proceed in *forma pauperis* in his appeal and to obtain copies of the hearing transcripts without cost.

7. On May 10, 2011, I conferred with counsel for Respondents regarding Petitioner's intent to file a motion to proceed in *forma pauperis*, and counsel have stated that Respondents do not take a position on this motion. A true and correct copy of the confirming email from me to counsel for Respondents is attached hereto as Exhibit 1.

8. A true and correct copy of the Order entered by Judge Friedman in the *Chekkouri v. Obama* matter (Case No. 05-0329), granting petitioner's motion for leave to proceed in *forma pauperis* for the purpose of obtaining a hearing transcript is attached hereto as Exhibit 2.

I declare under penalty of perjury under the laws of the State of California and the United States, that the foregoing is true and correct. Executed this 11th day of May, 2011.

/s/ - Cindy Pánuco

Cindy Pánuco