Exh. 1

# Cindy Panuco

| | |
|---|---|
| **From:** | Cindy Panuco |
| **Sent:** | Tuesday, May 10, 2011 2:39 PM |
| **To:** | Schwartz, James (CIV) (James.Schwartz@usdoj.gov); Warden, Andrew (CIV) (Andrew.Warden@usdoj.gov) |
| **Cc:** | Anne Richardson (arichardson@hskrr.com); 'Ranjana Natarajan' (rnatarajan@law.utexas.edu); Dan Stormer; Lisa Jaskol (ljaskol@publiccounsel.org) |
| **Subject:** | Obaidullah v. Obama |

Jamie and Andrew:

Jamie, I left you a message earlier regarding meeting and conferring on a motion to proceed in forma pauperis to obtain copies of the transcripts of the proceedings in this case.

I also called and reached Andrew and we spoke about the motion, and he conveyed that Respondents do not take a position on this motion.

Thanks,
Cindy