Exh. 2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| YOUNOUS CHEKKOURI (ISN 197),    )<br>    )<br>        Petitioner,    )<br>    )<br>    v.    )<br>    )<br>BARACK H. OBAMA, et al.,    )<br>    )<br>        Respondents.    )<br>    ) | Civil Action No. 05-0329 (PLF) |

ORDER

    This matter is before the Court on petitioner's unopposed motion for leave to proceed *in forma pauperis* for the purpose of obtaining a transcript of the merits hearing that took place on November 22 and 23, 2010. See Mot. at 1. Upon consideration of petitioner's motion and for good cause shown, it is hereby

    ORDERED that petitioner's motion for leave to proceed *in forma pauperis* for the purpose of obtaining a hearing transcript [Dkt. No. 311] is GRANTED.

    SO ORDERED.

                                                         /s/
                                                         _____
DATE: February 1, 2011                                   PAUL L. FRIEDMAN
                                                         United States District Judge