# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OBAYDULLAH, Detainee, Guantánamo Bay and SAMI AL HAJJ, As Next Friend of OBAYDULLAH<br>　　　　　　Petitioners,<br><br>– vs –<br><br>BARACK OBAMA, President of the United States of America and ROBERT M. GATES, Secretary of Defense of the United States of America,<br><br>　　　　　　Respondents. | Civil Action No. 08-CV-01173-RJL |

## NOTICE OF APPEAL

Notice is given that petitioner Obaydullah appeals to the United States Court of Appeals for the District of Columbia Circuit from (1) this Court's November 30, 2010 Final Judgment (Dkt. No. 104), and (2) the Court's March 24, 2011 Order denying Obaydullah's motion for reconsideration (Dkt. No. 118).

Dated: May 17, 2011　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　/s/ Ranjana Natarajan
　　　　　　　　　　　　　　　　Ranjana Natarajan, Esq.
　　　　　　　　　　　　　　　　CA Bar # 230149

1

Kristine A. Huskey
National Security Clinic
University of Texas School of Law
727 East Dean Keeton St.
Austin, TX 78705
Tel: 512-232-3657
Fax: 512-232-0800

Anne Richardson, Esq.
Dan Stormer, Esq.
Cindy Panuco, Esq.
HADSELL STORMER KEENY
RICHARDSON & RENICK, LLP
128 North Fair Oaks Avenue
Pasadena, California 91103-3645
Telephone: (626) 585-9600
Facsimile: (626) 577-7079

Lisa R. Jaskol
PUBLIC COUNSEL
610 S. Ardmore Avenue
Los Angeles, California 90005
Phone: (213) 637-3851
Facsimile: (213) 385-9089
ljaskol@publiccounsel.org

ATTORNEYS FOR PETITIONER
OBAYDULLAH

## CERTIFICATE OF SERVICE

I, Ranjana Natarajan, hereby certify that I today, May 17, 2011, caused a true and accurate copy of the NOTICE OF APPEAL to be served electronically via the Court's Electronic Case Filing system, which will send notification of such filings to all counsel of record.

/s/ Ranjana Natarajan
Ranjana Natarajan